■ In the Matter of the Claim of EDWARD HORTON, Respondent, v McARDLE & CASAZZA et al., Respondents, SPECIAL FUND FOR REOPENED CASES, Appellant. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed September 20, 1979, insofar as it awards more than $60 per week against the Special Fund. Decision modified, by reducing the award against the Special Fund to $60 per week, and, as so modified, affirmed, without costs. (See *Matter of Orzo v Edo Aircraft,* 75 AD2d 357.) Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.